UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
LUIS ARIMONT,                                          :
                                                       :
                                                       :
                              Plaintiff,               :
                                                       :          18-cv-6967 (VSB)
             -against-                                 :
                                                       :          **ORDER**
FOUR SUNS FUEL/OIL COMPANY, et al.,                    :
                                                       :
                              Defendant.               :
                                                       :
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2020

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated: January 15, 2020
      New York, New York

Vernon S. Broderick
United States District Judge