**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

February 14, 2020

**Via ECF**
Hon. Vernon S. Broderick
United States District Judge
United States Courthouse, SDNY
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 2/19/2020

    **Re:**   *Arimont v. Four Suns Fuel/Oil Company, et al.*
            **Docket No. 18-CV-06967 (VSB) (KHP)**

Dear Judge Broderick:

    This office represents Plaintiff, Luis Arimont. Pursuant to Your Honor's Rule 1(H), the Plaintiff respectfully write to request that the reopen deadline of February 14, 2020 be extended 30-days to March 16, 2020, in order for the parties to finalize the settlement agreement in this matter. This is the first request to adjourn the reopen deadline. Despite reaching out to Defendants, Plaintiff was not able to obtain consent for this motion.

    We thank Your Honor for your consideration. Kindly contact the Parties should you have any questions.

                                                    Respectfully Submitted,

                                                            /S/
                                                     Gregory Calliste, Jr.
                                                     Yusha D. Hiraman, Esq.

Cc: Edmond J. Pryor, Esq. (by ECF)