UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X    Docket No. 18-cv-06967
                                                                                              (VSB)
LUIS ARIMONT,

                               Plaintiff,    **FIRST MOTION
                                                                                TO REOPEN AND RESTORE
-against-                                                                CASE PURSUANT TO
                                                                                FRCP RULE 60(B)**

FOUR SUNS FUEL OIL COMPANY, ANGELO
BACARELLA, *In His Individual and Official
Capacities,* ANTHONY BACARELLA, *In His
Individual and Official Capacities* and PATRICIA
FARRELL, *In Her Individual and Official Capacities,*

                               Defendants.
-----------------------------------------------------------------X

**PARTIES:**

       **PLEASE TAKE NOTICE** that upon the attached Declaration of Gregory Calliste, Jr. in Support of Plaintiff's Motion to reopen and restore this matter to the Court's Docket pursuant to FRCP Rule 60(B), along with any and all related *Exhibits A-G,* Plaintiff will move this Court before **Honorable Vernon S. Broderick, United States Courthouse, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at a date/time to be determined by the Court or as soon thereafter as counsel may be heard**, for an order pursuant to *Rule 60 of the Federal Rules of Civil Procedure:* **[1]** reopening this Case and restoring same to the Court's calendar/docket; **[2]** granting all costs/fees to Plaintiff for all actions taken to enforce settlement and/or to restore this matter following the Court's order of January 15, 2020 wherein this matter was discontinued following a report of settlement and **[3]** for any further relief deemed just in light of the allegations asserted herein.

DATED: New York, New York
           May 22, 2020

                                              Respectfully Submitted,

                                              **PHILLIPS & ASSOCIATES,**
                                              **Attorneys at Law, PLLC**
                    By:          _____/S/_____
                                              Gregory Calliste, Jr. &
                                              Yusha Hiraman
                                              Attorneys for Plaintiff Luis Arimont
                                              45 Broadway, Suite 620
                                              New York, New York 10006
                                              T: (212) 248 – 7431
                                              F: (212) 901 – 2107
                                              gcalliste@tpglaws.com
                                              yhiraman@tpglaws.com